Michael Thomas Hayes # 34295
SICI MD/4-6
P.O. Box 8509
Boise, Idaho 83707
January 25, 2018

U.S. COURTS
JAN 29 2018
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Clerk
United States District Court
550 W. Fort Street, Suite 400
Boise, Idaho 83724

Ref: Previous Filing Confirmation Request

   Michael Thomas Hayes v. Chad Page
   Case no. 1:16-CV-00386-BLW

Dear Clerk:

   Please provide me confirmation of of my recent filing dated 1/18/18, titled "Petitioner's Reply And Brief In Support of Respondent's Answer/Dismissal Of Petition For Writ Of Habeas Corpus."

The reason for this request is because I have been experiancing problems with the institutional mail system, that both "Confidential" and "Privileged" mailings have on a number of occasions not made it to there destinations. For this reason alone, I have concerns as to whether or not this "Reply/Brief" has been recieved by your Court.

Thank you in advance for your time and patience concerning this filing confirmation request.

Cordially,

Michael Hayes